1  SUE FAHAMI
   Executive Assistant United States Attorney
2  District of Nevada
   Nevada Bar No. 5634
3  AFROZA YEASMIN
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Afroza.Yeasmin@usdoj.gov
6  *Attorneys for the United States*

FILED _____    RECEIVED _____
ENTERED _____    SERVED ON _____
COUNSEL/PARTIES OF RECORD

OCT 14 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

7              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
8

9  UNITED STATES OF AMERICA,              **SEALED**
                                    **CRIMINAL INDICTMENT**
10            Plaintiff,
                                    2:25-cr-*309-JCM-MDC*
11        v.
                                    **VIOLATIONS:**
12  RICHARD PAUL ECCLESTON,
                                    18 U.S.C. § 2252A(a)(2) and (b)(1) –
13            Defendant.            Distribution of Child Pornography

14                                  18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) –
                                    Possession of Child Pornography
15

16
   **THE GRAND JURY CHARGES THAT**:
17

18                        **COUNT ONE**
                  Distribution of Child Pornography
19              (18 U.S.C. §§ 2252A(a)(2) and (b)(1))

20     On or about October 3, 2024, in the State and Federal District of Nevada,

21                      **RICHARD PAUL ECCLESTON**,

22  defendant herein, having been previously convicted under 18 U.S.C. § 2252A(a)(2) of

23  Distribution of Child Pornography, a felony, in Case No. 2:15-cr-00184-JAD-VCF in the

24  District Court of Nevada, knowingly distributed child pornography, as defined in Title 18,

1  United States Code, Section 2256(8), and material containing child pornography, that had

2  been mailed, shipped and transported in and affecting interstate and foreign commerce by a

3  means that included by computer, and that had been shipped and transported using a

4  means and facility of interstate and foreign commerce, in violation of Title 18, United

5  States Code, Sections 2252A(a)(2) and (b)(1).

6  ### COUNT TWO
   Possession of Child Pornography
7  (18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

8  Beginning at an unknown time and continuing up to and including on or about July

9  15, 2025, in the State and Federal District of Nevada,

10  ### RICHARD PAUL ECCLESTON,

11  defendant herein, having been previously convicted under 18 U.S.C. § 2252A(a)(2) of

12  Distribution of Child Pornography, a felony, in Case No. 2:15-cr-00184-JAD-VCF in the

13  District Court of Nevada, knowingly possessed a book, magazine, periodical, film,

14  videotape, computer disk, and other material, to wit: one (1) Dell Desktop Computer

15  containing one (1) San Disk 1TB SATA SSD Hard Drive, one (1) Western Digital 4TB

16  SATA hard drive, one (1) black Motorola Droid Cell Phone, and one (1) HP computer

17  tower, that contained an image of child pornography, as defined in Title 18, United States

18  Code, Section 2256(8), including but not limited to visual depictions of prepubescent

19  minors who had not attained twelve (12) years of age, engaged in sexually explicit conduct,

20  and that had been mailed, shipped and transported using a means and facility of interstate

21  and foreign commerce and in and affecting interstate and foreign commerce by a means

22  that included by computer, and that was produced using materials that had been mailed,

23  and shipped and transported in and affecting interstate and foreign commerce by a means

24

2

1  that included by computer, all in violation of Title 18, United States Code, Sections

2  2252A(a)(5)(B) and 2252A(b)(2).

3  **FORFEITURE ALLEGATION**
   Distribution of Child Pornography and

4  Possession of Child Pornography

5      1. The allegations contained in Counts One and Two of this Criminal Indictment are

6  hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture

7  under 18 U.S.C. § 2253(a)(1) and 2253(a)(3).

8      2. Upon conviction of any of the felony offenses charged in Counts One and Two of

9  this Criminal Indictment,

10      **RICHARD PAUL ECCLESTON,**

11      defendant herein, shall forfeit to the United States of America, any visual depiction

12  described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other

13  matter which contains any such visual depiction, which was produced, transported, mailed,

14  shipped or received in violation of 18 U.S.C. § 2252A(a)(2) and 2252A(a)(5)(B):

15      defendant herein, shall forfeit to the United States of America, any property, real or

16  personal, used or intended to be used to commit or to promote the commission of 18 U.S.C.

17  § 2252A(a)(2) and 2252A(a)(5)(B) or any property traceable to such property:

18      1.  one (1) Dell Desktop Computer, Model No. D03X, Serial No. BFW5HK2,

19          containing one (1) San Disk 1TB SATA SSD Hard Drive, Model No. SDSSDA,

20          Serial No. 182591447002;

21      2.  one (1) black Motorola Droid Cell Phone, Model No. XT1080, Serial No.

22          TA6910WYE1; and

23

24                                3

3.  one (1) HP computer tower, Model No. P6000 series, Serial No. 4CE0222L7H, with Seagate 750GB SATA Hard Drive, Model No. ST3750528AS, Serial No. 6VP49G75.

All under 18 U.S.C. §§ 2252A(a)(2), 2252A(a)(5)(B), 2253(a)(1), and 2253(a)(3).

**DATED:** this 14th day of October 2025.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Executive Assistant United States Attorney


AFROZA YEASMIN
Assistant United States Attorney

4